# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LOGAN BERRY, JR.,
 *Petitioner*,

vs.

WARDEN BAKER, *et al.,*
 *Respondents*.

3:17-cv-00659-HDM-VPC

ORDER

This habeas matter under 28 U.S.C. § 2254 comes before the Court following upon the Federal Public Defender's notice of appearance (ECF No. 7) and further in connection with a motion (ECF No. 8) to stay filed by petitioner.

IT THEREFORE IS ORDERED that the Federal Public Defender, through S. Alex Spelman, Esq., is appointed as counsel for petitioner pursuant to 18 U.S.C. § 3006A(a)(2)(B). Counsel will represent petitioner in all federal proceedings related to this matter, including any appeals or *certiorari* proceedings, unless allowed to withdraw.

IT FURTHER IS ORDERED that respondents shall have seventeen (17) days from entry of this order within which to respond to petitioner's motion to stay and that petitioner may file a reply to any response within the time normally allowed under the local rules.

IT FURTHER IS ORDERED that respondents shall respond also to any other motions filed by petitioner, if opposed, from this point forward in the case, notwithstanding the previous order herein. The Court will set deadlines for the filing of a counseled amended petition and a response if and as necessary after addressing the pending motion to stay.

1  IT FURTHER IS ORDERED that the hard copy of any exhibits filed by either counsel shall be delivered – for this case – to the Reno Clerk's Office.

DATED: January 5, 2018.

_____
HOWARD D. MCKIBBEN
United States District Judge