# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT LOGAN BERRY, JR.,

    *Petitioner*,

vs.

WARDEN BAKER, *et al.,*

    *Respondents*.

3:17-cv-00659-HDM-VPC

ORDER

    Respondents' motion (ECF No. 10) for an enlargement of time is GRANTED, and the time for respondents to respond to petitioner's motion for a stay is extended up to and including February 20, 2018, in order to coordinate with the response time in the related matter.

    DATED: January 25, 2018.

                                              _____
                                              HOWARD D. MCKIBBEN
                                              United States District Judge