UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT LOGAN BERRY, JR., | Case No. 3:17-cv-00659-HDM-VPC |
| Petitioner, | |
| v. | ORDER |
| WARDEN BAKER, et al., | |
| Respondents. | |

This represented habeas petition comes before the court on petitioner's motion to voluntarily dismiss the case (ECF No. 16).

On February 22, 2018, the court granted the petitioner's motion to stay this action while he pursued a motion to reopen his previously dismissed petition in Case No. 3:16-cv-00470-MMD-WGC. The court directed this action be administratively closed until such time as the court, on motion or sua sponte, reopened the case.

The court in Case No. 3:16-cv-00470-MMD-WGC has granted the motion to reopen proceedings and the petition in that case is now fully briefed and awaiting a decision. The petitioner accordingly now moves to voluntarily dismiss this case.

Good cause appearing, IT IS THEREFORE ORDERED that this action is hereby REOPENED for the purposes of granting the petitioner's motion to voluntarily dismiss (ECF No. 16).

1

IT IS FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the petitioner's motion to voluntarily dismiss (ECF No. 16) is GRANTED, and this action is hereby DISMISSED.

IT IS SO ORDERED.

DATED: This 29th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE

2